# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**SHERRY A. SHERMAN**
        Plaintiff
vs.                      CASE NUMBER: 7:11-CV-910 (DNH/ATB)

**NATIONAL GRID, doing business as Niagara Mohawk Power Corporation**
        Defendant

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Defendant's Motion for Summary Judgment is GRANTED in its entirety, therefore Plaintiff's Amended Complaint is hereby DISMISSED. Judgment is entered in favor of defendant National Grid and this case is closed.

All of the above pursuant to the order of the Honorable Judge David N. Hurd, dated the 31st day of January, 2014.

DATED: January 31, 2014

                                            Clerk of Court

                                            s/

                                            Joanne Bleskoski
                                            Deputy Clerk